■ In the Matter of the Claim of SYLVIA BLACK, Appellant. COMMISSIONER OF LABOR, Respondent. [56 NYS3d 903]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed August 10, 2016, which ruled that claimant was disqualified from receiving unemployment insurance benefits because her employment was terminated due to misconduct.

Decision affirmed. No opinion.

McCarthy, J.P., Egan Jr., Rose, Clark and Aarons, JJ., concur. Ordered that the decision is affirmed, without costs.

■ In the Matter of MICHAEL SHEARD, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [56 NYS3d 904]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review two determinations of respondent finding petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding challenging two tier III determinations finding him guilty of violating certain prison disciplinary rules. The Attorney General has advised this Court that the determinations have been administratively reversed, all references thereto have been expunged from petitioner's institutional record and both mandatory surcharges have been returned to petitioner's inmate account. In view of this, petitioner has been granted all the relief to which he is entitled and the petition must be dismissed as moot (see Matter of Brown v Venettozzi, 148 AD3d 1446, 1446 [2017]).

McCarthy, J.P., Lynch, Devine, Aarons and Pritzker, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.